IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE VAN BUREN,

      Plaintiff,                                  CIV-S-06-2029 FCD GGH PS

      vs.

SOCIAL SECURITY ADMINISTRATION,

      Defendant.                             <u>ORDER</u>

_____/

      On November 17, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1   Accordingly, IT IS ORDERED that:

2   1.  The Proposed Findings and Recommendations filed November 17, 2006, are ADOPTED; and

3   2. Defendant's motion to dismiss, filed September 13, 2006, is granted and this action is dismissed.

DATED: January 12, 2007.

　　　　　　　　　　　　　　　　　　　／s／ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE